IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Boland Marine & Industrial, LLC, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO.: 3:20-cv-00536-S |
| v. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Bouchard Transportation Co., Inc., § | |
| § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| Bank of America, National Association § | |
| § | |
| Garnishee. § | |

## PLAINTIFF'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

In accordance with Federal Rule of Civil Procedure 7.1 (and Local Rules 3.1(c), 3.2(e), 7.4, 81.1(a)(4)(D) and 81.2), Plaintiff Boland Marine & Industrial, L.L.C. ("Boland Marine") by and through its undersigned counsel, provides the following information:

1. *For a nongovernmental corporate party, the name(s) of its parent corporation and any publically held corporation that owns 10% or more of its stock:*

Boland Marine & Industrial, LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

2. *A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:*

Plaintiff Boland Marine & Industrial, L.L.C.;

Garnishee Bank of America, National Association; and

Defendant Bouchard Transportation Co., Inc.

In the event new parties are added to this lawsuit or additional persons or entities that are financially interested in the outcome of this litigation are identified during the pendency of this lawsuit Plaintiff Boland Marine will file an amended certificate.

Dated:  March 2, 2020.

                    Respectfully Submitted,

                    */s/  Scott R. Wiehle*
SCOTT R. WIEHLE
State Bar No. 24043991
scott.wiehle@kellyhart.com
EMILY R. STEPPICK
State Bar No. 24117095
emily.steppick@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

J. Stephen Simms
(*pro hac vice* motion pending)
jssimms@simmsshowers.com
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789

Attorneys for Boland Marine